■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN SANTOS, Appellant. [717 NYS2d 536] —Judgment, Supreme Court, New York County (Joan Sudolnick, J.), rendered November 20, 1998, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility. Concur—Nardelli, J. P., Tom, Mazzarelli, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA SWIFT, Appellant. [718 NYS2d 49] —Judgment, Supreme Court, New York County (Megan Tallmer, J.), rendered October 25, 1999, convicting defendant, after a jury trial, of attempted

grand larceny in the third degree, falsifying business records in the first degree and criminal impersonation in the second degree, and sentencing her to a term of 15 days imprisonment and 5 years probation, unanimously affirmed.